**93–402.** State v. Lynds. *Knox County*, No. 92–CA–01.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**93–414.** Smith v. Koehler. *Hancock County*, No. 59223.
A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

**93–451.** State v. Carter. *Montgomery County*, No. 13628. On motion for leave to appeal. Motion allowed on Proposition of Law No. III only.
A.W. SWEENEY, WRIGHT and RESNICK, JJ., dissent.
On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Association and on motion for leave to file instanter memorandum in support of *amicus*. Motions granted.
A.W. SWEENEY, WRIGHT and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–1981.** Johnson v. Garretson. *Butler County*, No. CA92–01–001.

**92–2284.** Maust v. Bank One Columbus, N.A. *Franklin County*, No. 92AP–122.
A.W. SWEENEY and DOUGLAS, JJ., dissent.

**92–2366.** State v. Williams. *Trumbull County*, No. 91–T–4564.

**93–63.** Beavis v. Sharwell. *Cuyahoga County*, No. 63289.

**93–165.** Cieslak v. Heilman. *Franklin County*, No. 92AP–633.
MOYER, C.J., and DOUGLAS, J., dissent.

**93–195.** Dennis v. Cornett. *Butler County*, No. CA92–03–047.

**93–196.** State v. Pocius. *Lake County*, No. 92–L–028.

**93–204.** State v. Frost. *Scioto County*, No. 91–CA–1995.
MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**93–244.** Hopkins v. Farrel Corp. *Geauga County*, No. 92–G–1699.
DOUGLAS, J., dissents.

**93–247.** McGuire v. Erie Ins. Exchange. *Coshocton County*, No. 92–CA–5. On motion and cross-motion to certify the record. Motions denied.
A.W. SWEENEY, DOUGLAS and WRIGHT, JJ., dissent.

**93–287.** Dicus v. Hoeffel. *Crawford County*, No. 3–92–36.
WRIGHT, J., dissents.
PFEIFER, J., not participating.

**93–293.** Nationwide Ins. Co. v. Shenefield. *Huron County*, No. H–92–006.
DOUGLAS, WRIGHT and PFEIFER, JJ., dissent.

**93–300.** State v. Smith. *Greene County*, No. 91–CA–95. On motion to certify the record and on motion for leave to amend memorandum in support. Motions denied.

**93–303.** Hanna v. Hanna. *Summit County*, No. 15646.
WRIGHT, J., dissents.

**93–309.** State v. Taylor. *Lorain County*, Nos. 92CA005313 and 92CA005314.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93–312.** Maley v. Best in Plastics Corp., Inc. *Stark County*, No. CA–9075. On motion to certify the record and on request for attorney fees. Motion denied.
MOYER, C.J., dissents.
Request denied.

**93–335.** Lustig Pro Sports Ent., Inc. v. Kelly. *Cuyahoga County*, No. 61152.
WRIGHT, J., dissents.
F.E. SWEENEY, J., not participating.